# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>ONE BLACK IPHONE SEIZED FROM<br>CHARLES WILLIAMS IN PHILADELPHIA, PA<br>ON OR ABOUT MARCH 10, 2018 | Case No.  1:22sw 426 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
One black iPhone seized from Charles Williams in Philadelphia, PA, on or about March 10, 2018, and now in the possession of the FBI at the FBI office in Manassas, Virginia

located in the ___Eastern___ District of ___Virginia___ , there is now concealed *(identify the person or describe the property to be seized)*:
records or information, more particularly described on Attachment A of the affidavit in support of this application, that constitute evidence of an animal fighting venture

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 49 and 371<br>and 7 U.S.C. § 2156 | animal fighting venture |

The application is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Ryan C Daly*
*Applicant's signature*

Ryan Daly, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Digitally signed by Ivan Davis
Date: 2022.07.29 13:39:15 -04'00'

Date: 07/29/2022

*Judge's signature*

City and state: Alexandria, VA                  Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*